Christopher O. Rivas (SBN 238765)
REED SMITH LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA 90071-1514
Telephone:     213 457-8000
Facsimile:     213 457 8080

Attorneys for Plaintiff
Quicken Loans, LLC (f/k/a Quicken Loans Inc.)

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re<br><br>ALEX ASHOD DADOURIAN,<br><br>Debtor.<br><br>QUICKEN LOANS, LLC (F/K/A QUICKEN LOANS INC.),<br><br>Plaintiff,<br><br>vs.<br><br>ALEX ASHOD DADOURIAN,<br><br>Defendant. | No.: 1:20-bk-11669-MT<br><br>Adv. No.: 1:20-ap-01119-MT<br><br>Chapter 13<br><br>**PROOF OF SERVICE OF: SUMMONS AND NOTICE OF STATUS CONFERENCE IN ADVERSARY PROCEEDING [LBR 7004−1], COMPLAINT TO DETERMINE NONDISCHARGEABILITY OF CERTAIN DEBTS, AND CHIEF JUDGE MAUREEN TIGHE'S STATUS CONFERENCE INSTRUCTIONS**<br><br>Status Conference<br>Date: February 17, 2021<br>Time: 11:00 a.m.<br>Courtroom: 302<br>21041 Burbank Blvd<br>Woodland Hills, CA 91367<br><br>Honorable Maureen Tighe |

– 1 –

COMPLAINT TO DETERMINE NONDISCHARGEABILITY OF CERTAIN DEBTS

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

Reed Smith LLP, 355 South Grand Avenue, Suite 2900, Los Angeles, CA 90071-1514

A true and correct copy of the foregoing document entitled (*specify*): _____
SUMMONS AND NOTICE OF STATUS CONFERENCE IN ADVERSARY PROCEEDING [LBR 7004−1]
COMPLAINT TO DETERMINE NONDISCHARGEABILITY OF CERTAIN DEBTS
CHIEF JUDGE MAUREEN TIGHE'S STATUS CONFERENCE INSTRUCTIONS
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 12/16/2020, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Trustee: Elizabeth (SV) F Rojas (TR), cacb_ecf_sv@ch13wla.com
U.S. Trustee: ustpregion16.wh.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 12/16/2020, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Defendant/Debtor: Alex Ashod Dadourian, 17155 Chatsworth Street, Unit 6, Granada Hills, CA 91344
Defendant/Debtor's Attorney: Kevin T. Simon, Law Offices of Kevin T. Simon APC, 21241 Ventura Blvd., Suite 253, Woodland Hills, CA 91364

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 12/16/2020 | Christopher O. Rivas | /s/ Christopher O. Rivas |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*      **F 9013-3.1.PROOF.SERVICE**